No. 74–6584.  LIPSMAN *v.* GIARDINO ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 74–6585.  BIRKLA *v.* INDIANA.  Sup. Ct. Ind. Certiorari denied.

No. 74–6586.  BRIDGES *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 74–6587.  POWELL *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 74–6589.  SHAW *v.* ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 74–6590.  DUMAS *v.* PATTERSON, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 74–6591.  JOST *v.* GRIGGS, INSTITUTION SUPERINTENDENT.  C. A. 9th Cir.  Certiorari denied.

No. 74–6594.  PONCE-MARTINEZ *v.* UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 74–6595.  POSTEL *v.* ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 74–6597.  VILLEGAS *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 74–6598.  BROWN *v.* CASSCLES, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 74–6599.  GLENN *v.* NEW YORK.  C. A. 2d Cir. Certiorari denied.

No. 74–6606.  WELTER *v.* GRAY.  C. A. 7th Cir.  Certiorari denied.